DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MURRAY SAGER,** as an Individual and on behalf of all others similarly
situated,
Appellant,

v.

**BJ'S WHOLESALE CLUB, INC.,** a Massachusetts Corporation,
Appellee.

No. 4D20-1789

[May 11, 2022]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth
Judicial Circuit, Palm Beach County; Jaimie R. Goodman, Judge; L.T.
Case No. 50-2018-CA-016253-XXXX-MB.

Joshua H. Eggnatz and Michael J. Pascucci of Eggnatz Pascucci, Davie,
and Leah M. Nicholls of Public Justice, P.C., Washington, DC, for
appellant.

James A. McKee of Foley & Lardner LLP, Tallahassee, and Kevin A.
Reck, Christina M. Kennedy, and Emily J. Lang of Foley & Lardner LLP,
Orlando, for appellee.

PER CURIAM.

*Affirmed. See Airbnb, Inc. v. Doe*, 47 Fla. L. Weekly S100 (Fla. Mar. 31,
2022).

MAY, CIKLIN and ARTAU, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***